**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**COLUMBIA GAS TRANSMISSION LLC,**

    Plaintiff,

    v.                           **CIVIL ACTION NO. 5:22-CV-155**
                                     Judge Bailey

**RALPH HOYT** and **SALLY HOYT**,

    Defendants.

## ORDER

On February 14, 2025, a Notice Concerning Cancellation and Release of Bond [Doc. 45] was filed.  In the Notice, plaintiff states:

> pursuant to this Court's order entered on January 7, 2025, the surety bond has been cancelled and released by the issuing company and, accordingly, all requirements for the dismissal, without prejudice, of this matter and termination thereof from the active docket of the Court have been satisfied.

[Doc. 45 at 1].

Because the Surety Bond has been cancelled and released by the issuing company, all requirements for the dismissal of the above-styled case have been satisfied.  Thus, this Court hereby **DISMISSES WITHOUT PREJUDICE** the above-styled case.  The Clerk is **DIRECTED TO STRIKE** the above-styled case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: February 14, 2025.

                                          JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE